# Court of Appeals
# of the State of Georgia

ATLANTA,  August 28, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0173. CRAIG ANDREW WALKER v. THE CITY OF AMERICUS et al.**

In this civil action, Craig Andrew Walker appeals from the trial court's order granting summary judgment to the City of Americus, its mayor, and its city council. In the order appealed from, the trial court, inter alia, rejected Walker's First Amendment challenge to a city ordinance.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). Because the trial court addressed and rejected Walker's claim calling into question the constitutionality of a city ordinance, it appears that jurisdiction over this appeal may lie in the Supreme Court. See *Airport Book Store, Inc. v. Jackson*, 242 Ga. 214, 217-219, n. 3 (248 SE2d 623) (1978). As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis*

*& Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/28/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*